**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

ANTOINETTE FUSSELL,

        Plaintiff,

    v.

COSTCO WHOLESALE
CORPORATION, ROB GREGER, and
JOHN DOES 1-5 and 6-10,

        Defendants.

Civil Action No. 24-6614-RMB-AMD

**ORDER**

**RENÉE MARIE BUMB, Chief United States District Judge**:

**THIS MATTER** comes before the Court upon a Motion for Summary Judgment (the "Motion") filed by Defendants Costco Wholesale Corporation ("Costco") and Rob Greger ("Greger") (collectively, "Defendants").  [Docket No. 41.]  For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **30th** day of **June 2026**, hereby:

1.   **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED IN PART** and **GRANTED IN PART**.  The Motion is **DENIED** as to Plaintiff Antoinette Fussell's ("Plaintiff's") claims for sexual harassment, retaliation, and punitive damages brought under the New Jersey Law Against Discrimination ("NJLAD"), as well as that for aiding and abetting a NJLAD violation brought against Greger.  The Motion is, however, **GRANTED** as to Plaintiff's NJLAD aiding-and-abetting claim against Costco and request for equitable relief, to the extent the latter is asserted as an independent cause of action; and it is finally

2

2. **ORDERED** that the Court intends to **SCHEDULE** this matter for **TRIAL** as expeditiously as possible upon submission of the Final Pre-Trial Order.

<u>**/s/ Renée Marie Bumb**</u>
Renée Marie Bumb
Chief United States District Judge

2